RITA C. CORBETT, Respondent, v. FRANK A. TICHENOR, SR., and FRANK A. TICHENOR, JR., Appellants. JOHN M. CORBETT, Respondent, v. FRANK A. TICHENOR, SR., and FRANK A. TICHENOR, JR., Appellants.— Motions for reargument denied, with ten dollars costs. Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis and Johnston, JJ.; Close, J., not voting.

BARBARA C. DAVIS, Respondent, v. VANWY P. MUSIL, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

R. LIVINGSTON DION, Respondent, v. ALMON D. ROOT, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

579 FLATBUSH AVENUE REALTY CORPORATION, Respondent, v. ROSRUTH REALTY CORPORATION, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of THOMAS M. LOGAN and THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Executors, etc., of WILLIAM DELEVAN BALDWIN, Deceased, Respondents; DELEVAN M. BALDWIN, Individually and as General Guardian for DELEVAN MUNSON BALDWIN, JR., and BARBARA BULL BALDWIN, Infants, etc., and LEE PARSONS DAVIS, as Special Guardian for DELEVAN MUNSON BALDWIN, JR., and Others, Infants, etc., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of the BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK for a Determination as to the Manner in Which Eliot Avenue, in the Borough of Queens, Shall Be Carried across the Right of Way of the New York Connecting Railroad Company. THE CITY OF NEW YORK, Appellant; THE TRANSIT COMMISSION OF THE STATE OF NEW YORK and THE NEW YORK CONNECTING RAILROAD COMPANY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.